**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| NICHOLAS DUPREE, | : | No. 113 EM 2018 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| KATHLEEN E. MARTIN, ESQ., AND | : | |
| SUBORDINATE AGENTS, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

  **AND NOW**, this 16th day of November, 2018, the Application for Leave to File Original Process is GRANTED, and the "Petition for Writ of *Quo Warranto* per 42 Pa.C.S. §§721(3), 726" is DENIED.